# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITE HERE HEALTH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AARON & PATERNOSTER, LTD., et al., )<br>)<br>Defendant(s). )<br>_____ ) | Case No. 2:13-cv-0154-JCM-NJK<br><br>ORDER DENYING DISCOVERY PLAN<br>(Docket No. 15) |

    Pending before the Court is the parties' proposed discovery plan and scheduling order (Docket No. 15), which is hereby DENIED without prejudice.

    The Rule 26(f) conference was required to be held within 30 days of February 15, 2013, when the first Defendant answered, and the stipulated discovery plan was due 14 days thereafter on April 1, 2013. *See* Local Rule 26-1(d). The Discovery Plan was filed on July 29, 2013, and therefore, is approximately 4 months late. Under Local Rule 26-4, the parties must show excusable neglect for their delay in filing the Proposed Discovery Plan with the Court. LR 26-4.

    Although the Court is inclined to approve the deadlines set out in the parties' proposed discovery plan, the parties must comply with the Local Rules and must provide sufficient reasons for their delayed filing. Additionally, in the future, the Court expects counsel to comply with the deadlines set out in Local Rule 26-1(d) unless a stay of discovery or deadline extension is approved by the Court.

...

...

1    IT IS HEREBY ORDERED that the parties shall submit a revised discovery plan by August 2, 2013.

IT IS SO ORDERED.

DATED: July 30, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge